Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Hillel Smith, Leslie McKay, Anthony W. Norwood, Esq., Nelda C. Ackerman, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE and TROTT, Circuit Judges.

## MEMORANDUM **

Farah Rahimi, a native and citizen of Iran, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision affirming the Immigration Judge's ("IJ") denial of her application for asylum and withholding of removal and for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence an adverse credibility determination, *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir.2001), and we deny the petition.

Substantial evidence supports the BIA's adverse credibility finding. The BIA offered specific, cogent reasons for its findings based on petitioner's demeanor and inconsistencies between her testimony and declaration that go to the heart of her asylum claim, including statements regarding her "marriage". *See id.* at 1043. Because petitioner failed to show that she

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

was eligible for asylum, it follows that she did not satisfy the more stringent standard for withholding of deportation. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

In addition, substantial evidence also supports the denial of relief under CAT. *See id.* at 1157.

**PETITION DENIED.**

**XIANGDAO CUI, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–74204.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 16, 2004.

Xiangdao Cui, Monterey Park, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

408

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Xiangdao Cui, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings due to ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA properly denied the Petitioner's motion to reopen because it did not satisfy the procedural requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and it was not clear from the record that Petitioner's former attorney received the BIA's merits decision and then failed to file a timely petition for review. *See Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1227 (9th Cir.2002) (indicating that the *Lozada* factors are not strictly applied where a claim for ineffective assistance of counsel is apparent from the record).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).